■ In the Matter of EDUARDO E., a Person Alleged to be a Juvenile Delinquent, Appellant. [937 NYS2d 182]

The court properly denied appellant's motion to suppress his statement to the police. The totality of the circumstances establishes that the statement was voluntarily made (*see Arizona v Fulminante*, 499 US 279, 285-288 [1991]; *People v Anderson*, 42 NY2d 35, 38-39 [1977]). There is no evidence that appellant had any mental impairment that would affect his ability to understand *Miranda* warnings. Appellant turned 16 years of age between the incident and the interrogation; therefore, the special statutory procedures for juvenile interrogations were not required (*see* Family Court Act § 305.2 [2]; *Matter of Christopher QQ.*, 40 AD3d 1183 [2007]).

The fact-finding determination was based on legally sufficient evidence and was not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the court's credibility determinations. Concur—Tom, J.P., Catterson, DeGrasse, Richter and Manzanet-Daniels, JJ.